HONORABLE JUDGE JAMAL N. WHITEHEAD
MAGISTRATE JUDGE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MICHAEL ALLEN GILLETTE,<br><br>              Petitioner,<br><br>   v.<br><br>KARIN ARNOLD,<br><br>              Respondent. | NO. C26-5043-JNW-SKV<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER (~~PROPOSED~~) |

The Court, having considered the motion for an extension of time, the Declaration of C. Mark Fowler, and the records and files herein, does hereby find and ORDER:

The motion for an extension of time to April 22, 2026, to file an answer to the habeas corpus petition, Dkt. 5, is GRANTED.

DATED this 20th day of March, 2026.

_Skate Vaughan_
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

_s/ C. Mark Fowler_
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General

ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO FILE AN
ANSWER (~~PROPOSED~~)
NO. C26-5043-JNW-SKV

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
360-586-1445