UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ALLEN GILLETTE,

                Petitioner,

    v.

KARIN ARNOLD,

                Respondent.

Case No. C26-5043-JNW-SKV

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2254.  This matter comes before the Court on Petitioner's Motion for Appointment of Counsel.  Dkt. 7.  The Court, having reviewed the motion and the balance of the record, hereby finds and ORDERS as follows:

(1)     There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required.  *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.  The Court may, however, exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require."  18 U.S.C. § 3006A.

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL - 1

In this case, the record is not yet sufficiently developed for the Court to determine whether an evidentiary hearing will be required, and Petitioner has not demonstrated that the interests of justice are best served by appointment of counsel at this time. For these reasons, Petitioner's Motion for Appointment of counsel, Dkt. 7, is DENIED.

(2)    The Clerk is directed to send copies of this Order to the parties and to the Honorable Jamal N Whitehead.

Dated this 22nd day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL - 2