HONORABLE JUDGE JAMAL N. WHITEHEAD
MAGISTRATE JUDGE S. KATE VAUGHAN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MICHAEL ALLEN GILLETTE,<br><br>                    Petitioner,<br><br>    v.<br><br>KARIN ARNOLD,<br><br>                    Respondent. | NO. C26-5043-JNW-SKV<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER (~~PROPOSED~~) |

The Court, having considered the second motion for an extension of time, Dkt. 9, the Declaration of C. Mark Fowler, and the records and files herein, does hereby find and ORDER:

The motion for an extension of time to **May 22, 2026**, to file an answer to the habeas corpus petition is GRANTED.

DATED this 23rd day of April, 2026.

_S. Kate Vaughan_____

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:
NICHOLAS W. BROWN
Attorney General

*s/ C. Mark Fowler*_____
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General

ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO FILE AN
ANSWER (~~PROPOSED~~)
NO. C26-5043-JNW-SKV

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
360-586-1445