UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ALLEN GILLETTE,

Petitioner,

v.

KARIN ARNOLD,

Respondent.

Case No. C26-5043-JNW-SKV

ORDER RE: INCOMPLETE STATE RECORD

Petitioner in this 28 U.S.C. § 2254 habeas proceeding filed a memorandum identifying the submission of an incomplete state court record. Dkt. 14. He notes, within that filing, that pages 13 and 14 of the petition he filed with the Washington Supreme Court seeking discretionary review are not included with the state court record filed by Respondent. *Id*. at 2; *see also* Dkt. 12, Ex. 18 (missing pages at Dkt. 12-1 at 486-87). Respondent did not respond to this memorandum, but relies on the Washington Supreme Court petition to support her contention that Petitioner failed to exhaust all of his federal habeas claims for relief, and in otherwise arguing that Petitioner is not entitled to habeas relief in this action. *See* Dkts. 11-12. The Court, as such, herein ORDERS as follows:

(1) Respondent shall, within **ten (10) days** of this Order, submit a response to Petitioner's memorandum that includes pages 13 and 14 of the Washington Supreme Court petition for review contained at Exhibit 18 to Docket No. 12. Respondent shall also address whether any other items discussed within Petitioner's memorandum have been included in the record now pending before the Court, and, as needed, provide any missing materials. Respondent's Answer to Petitioner's habeas petition, Dkt. 11, and Petitioner's associated pending motion, Dkt. 17, are herein RENOTED for consideration on **November 9, 2026**.

(2) The Clerk is directed to send copies of this Order to the parties and to the Honorable Jamal N Whitehead.

Dated this 28th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge